AO 241
REV 6/82

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District MIDDLE DISTRICT OF LA. | | |
|---|---|---|---|
| Name Virgil L. Smith | Prison No. 89717 | | Docket No. 357134 |
| Place of Confinement Louisiana State Prison, Angola | | | |
| Name of Petitioner (include name upon which convicted) | Name of Respondent (authorized person having custody of petitioner) | | |
| | V. | | |
| | N. Burl Cain, Warden | | |
| The Attorney General of the State of: Louisiana | | | |

10-413

SECT. F  MAG. 6

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  St. Tammany 22nd Judicial District Court, Doc. No. 357134

2. Date of judgment of conviction _____

3. Length of sentence  10 Years.

4. Nature of offense involved (all counts)  Violation of LA. R.S. 2 Count's of Public Intimidation

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   _____

6. Kind of trial: (Check one)
   (a) Jury ☒
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

**TENDERED FOR FILING**

FEB 12 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_ Fee _____
_ Process _____
x Dktd _____
✓ CtRmDep _____
_ Doc. No. _____

(2)

AO 241
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court __1st Circuit Court of Appeal__

   (b) Result __denied__

   (c) Date of result __ / /2007   No. 2008-KW-2026__

   (d) Grounds raised __Same As Above, Five claims.__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Supreme Court of Louisiana__

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☒

    (5) Result __Denied__

    (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __22nd J.D.C. Parish of St. Tammany__

    (2) Nature of proceeding __Application for Post-Conviction Relief Denied.__

(3)

AO 241
REV 6/82

    (3) Grounds raised _____

_____

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☑

    (5) Result _____

    (6) Date of result _____

(c) As to any third petition, application or motion, give the same information:
    (1) Name of court _____

    (2) Nature of proceeding _____ N/A _____

    (3) Grounds raised _____ N/A _____

_____

_____ N/A _____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☑

    (5) Result _____ Denied _____

    (6) Date of result _____

(d) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.     Yes ☑  No ☐
    (2) Second petition, etc.   Yes ☐  No ☐
    (3) Third petition, etc.    Yes ☐  No ☐

(e) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241
REV 6/82

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Counsel Constructively Denied Smith effective Assistance of counsel Doing Bill Hearing

Supporting FACTS (tell your story *briefly* without citing cases or law): The Petitioner was having problems, because he let this multiple Bill go on with noting that the state had erred by using the same charge more then once, to enhance. And made no objection to this fact. Because of this counsels error Petitioner was deprived of Due Process of Law.

B. Ground two: The Court Subjected Defendant to Double Jeopardy.

Supporting FACTS (tell your story *briefly* without citing cases or law): The Court Sujected Petitioner to double jeopardy, when it let the same charge be use the same day for enhancement. Not to over look that the court, A.D.A., or counsel know what the prior was. The state, and court claimed this prior was a forcible rape, But the plea was shown to be to a R.S. 14:42.1 Sexual Batter.

AO 241
REV 6/82

C. Ground three: The Trial Court erred in not proving other crimes evidence to support charge of convicted felon in violation of Public Intimidation.

Supporting FACTS (tell your story briefly without citing cases or law): The Court Allowed the state to use an illegal guilty plea, to make Petitioner a second felon. This was the second time, this said 1979 Rape charge was use it enhancement by the state the same day. This dubale enhancement, was clear error.

D. Ground four: The Court error in not sentencing Smith According to Sentencing Guidelines.

Supporting FACTS (tell your story briefly without citing cases or law): The court did erred when it sentence the Petitioner As a second felon, with the same charge that was use to make him a second offender in a cocaine charge the same day. No where in the sentencing guideline. State, that the sentencing Judge can use, the same Charge over and over, or to let the state use it. This was a 14th Amendment Violation.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: Petitioner made all of the claims, in one way or another. But can not prove his claim without being before this court.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing  Jame Burkes, Public Defenders office In: Covington Louisiana 70433.

(b) At arraignment and plea  Same As Above

(c) At trial  SAME AS ABOVE

(d) At sentencing  SAME AS ABOVE

(e) On appeal  FRANK SLOAN. Att. Louisian Appellate Project, 948 Winana Drive, Mandeville, LA., 70471 Brief No. 357134.

(f) In any post-conviction proceeding  NO

(g) On appeal from any adverse ruling in a post-conviction proceeding  On Reversed of this Same Case No. 2004-KA-0799, And 2004-KA-0800 Rule on Dec. 17, 2004. David Craig Att. in this matter in 2005 where Petitioner was Rebilled, on the Same Charge.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☑  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☑  No ☐
   (a) If so, give name and location of court which imposed sentence to be served in the future:  22nd J.D.C. Parish of St. Tammany, Covington, LA.,
   (b) Give date and length of the above sentence:  Life on 7/ /2009  2 lifes on 5/ /2008  About
   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☑  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

2/8/10
(date)

Virgil Smith
Signature of Petitioner

(7)

Ground five:

Prosecutor Improperly used said Prior Guilty Plea To Enhance Petitioner's Sentence.

---

The state used an illegal document and prior to prove that Petitioner was an second felony offender.

The Petitioner make claim that the state could not use this prior for more then one reason:

1. The cleansing of the 1979 charge had elapes.

2. The Prosecutor used the wornge cleansing. The (10) Year one, when he should have used the (5) Year cleansing.

3. The Documents used to prove this prior is not clear as to what the Petitioner plea too.

1.

4. The state make claim of a forcible rape charge when, most of the documents show, R.S. 14:43,1. which is sexual batter.

5. This same charge have been use to enhance two other charges.

Case No. 357-133 that is still on post conviction, because the District Court would not make a ruling on this charge, that was consolidated with this charge. This is an intention act to keep them apart. Because the same 1979 charge was use, and the court had gave Petitioner 10, more year's to do on a completed 3 year sentence. (Co-caine Charge).

This same charge was use in a Gun charge that is now in this case, No. 357133.

An Evidentiary Hearing is the only way to prove all claim's... Because the Petitioner is not good at expressing himself on paper. So with the record's and him standing before this Hon. Court...

2

He could without Doubt prove that the State never had evidence, And was gave An wrongful conviction, And sentence. This Request is made in the instrest of Justic...

Virgil L. Smith #89717
Louisiana State Prison
Camp D 4L S/2
Angola, LA
70712

To Hon. Clerk Of Court
U.S. District Court
500 Camp Street, Room C-151
New Orleans, LA., 70130


$02.07